PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2022

SEAN F. McAVOY, CLERK

# United States District Court

## Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Leann Marie Wake** | ) | Case No. 4:20-CR-06018-SAB-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Leann Marie Wake, have discussed with Daniel Manning, Pretrial Services/Probation Officer, modification of my release as follows:

Removal of Special Condition number 8: GPS Monitoring: Defendant shall participate in a program of GPS confinement. Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

Removal of Special Condition number 9: Home Detention: Defendant shall be restricted to her approved residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/4/2022        _____  10/4/2022
Signature of Defendant     Date            Pretrial Services/Probation Officer    Date

Leann Marie Wake                           Daniel Manning

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    10/4/22
Signature of Defense Counsel               Date

Ricardo Hernandez

[x]    The above modification of conditions of release is ordered, to be effective on  October 5, 2022

[ ]    The above modification of conditions of release is not ordered.

_____                    October 5, 2022
Signature of Judicial Officer              Date

Alexander C. Ekstrom